UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD BURRIGHT,<br><br>　　　　Plaintiff-counter-defendant - Appellee,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation,<br><br>　　　　Defendant-counter-claimant - Appellant. | No. 23-35357<br><br>D.C. No. 3:22-cv-00667-MK<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered October 28, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT